UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| OSCAR L. THOMAS, *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 07-cv-598 (RJL) |
| ) | |
| JAMES NICHOLSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**
(July 2, 2007)

Plaintiff filed this civil action on March 28, 2007, however, it does not appear from the record that service has been effected. "If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period." Fed. R. Civ. P. 4 (m). Accordingly, it is hereby

**ORDERED** that plaintiff shall effect service upon the defendant within 30 days of this Order. If plaintiff does not effect service by that date, the Court will dismiss the case pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED.**

RICHARD J. LEON
United States District Judge