UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Oscar L. Thomas, | ) |
| | ) |
|     - Plaintiff, | ) |
| | ) |
| v. | )    Case No.: 07cv598 (RJL) |
| | )                  (ECF) |
| R. James Nicholson, et al | ) |
| | ) |
|     - Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO**
**COMPLETE SERVICE OF PROCESS**

COME NOW the Plaintiff, Pro Se, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, moves this Court for Motion for a 60-day Extension of Time, or until October10, 2007 within which to complete and effect proper service of the Complaint and Reserve the Court's Case Management Order upon all Defendants. Service is currently due to be effected and completed within 120 days, or which is on about August 10, 2007.

Per this Court's Initial Case Management Order, Plaintiff immediately served the Order on all Defendants on April 11, 2007, but out of confusion, misunderstanding and oversight, "because the Court issued no summons in this case", failed to initially serve a copy of the Complaint along with the Initial Case Management Order and only served the Order.

Plaintiff has served each Defendant with a copy of the Court's Initial Case Management Order and thus, each Defendant has received actual notice and is aware of this lawsuit and would not be prejudice in any way by the Court granting this extension.

Plaintiff is now moving this day to effect and complete proper service on all Defendants.  However, because Plaintiff resides outside the United States in Germany, requiring a longer time for mail delivery, Plaintiff is seeking additional time to effect service.

A Memorandum of Supporting Points and Authorities and Proposed Order is attached hereto.

                                        Respectfully Submitted,

                                    _____/s/_____

July 30, 2007                          Oscar L. Thomas, Plaintiff, Pro Se
                                          CMR 454, Box 1746
                                          APO AE 09250
                                          Tel of Fax: 011-49-981-12912
                                          E-mail: thomas.ol@an-netz.de

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXTENSEION OF TIME TO COMPLETE SERVICE OF PROCESS

I.  BACKGROUND

Growing out of an ongoing and related complaint (CA No.: 02cv1743)(AK), Plaintiff filed a complaint in this Court on March 28, 2007 alleges that Defendants in this captioned complaint committed the acts and omissions alleged therein.

On April 9, 2007, Dkt. entry # 3, this Court issued a Standing Order, (Case Management Order) signed by Judge Richard J. Leon.  The Order directed "Plaintiff shall immediately serve this Order on all parties, including any new parties to the action."

On April 11, 2007, Plaintiff immediately served all parties with a copy of the Order by First Class Mail.  See Exhibit A attached hereto.  As of the date of this motion, no Defendant has responded to the Complaint or Court Order.

Plaintiff is now moving this day to reserve the Court's Order and copy of the Complaint.

Rule 4(m), as amended in 1993, *requires* a district court to grant an extension of time when the plaintiff shows good cause for the delay.  *Mann*, 324 F.3d at 1090 n.2. Additionally, the rule *permits* the district court to grant an extension even in the absence of good cause.  District courts have broad discretion to extend time for service under Rule 4(m).  In *Henderson v. United States*, 517 U.S. 654, 661 (1996), the Supreme Court stated that Rule 4's 120-day time period for service "operates not as an outer limit subject to reduction, but as an irreducible allowance." The court in *Mann*, 324 F.3d 1090-91, held that Rule 4(m) gave the district court discretion to extend time of service.

II.  CONCLUSION

Therefore, for the foregoing and following reasons, because Plaintiff is acting Pro Se, resides outside the United States in Germany where mailing requires more time, and where service of the Court's Initial Case Management Order has been served on all Defendants and actual notice of a lawsuit given to them early on in the process, and where there is no prejudice to the Defendants, and immediate action is being taken to effect eventual service, and because "good cause exist", the Court should grant Plaintiff 60-day extension of time to complete initial service of process of the Complaint and/or Request waiver and receive waiver, and to reserve the Court's Case Management Order on all Defendants.

Respectfully Submitted,

July 30, 2007

_____
Oscar L. Thomas
 Plaintiff, Pro Se
CMR 454, Box 1746
APO AE 09250
Tel of Fax: 011-49-981-12912
E-mail: thomas.ol@an-netz.de

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I caused a copy of the foregoing Motion for 60-day Extension of Time and Supporting **Memorandum of Points and Authorities** to be filed and served upon Defendants' by Certified Mail and also as filed via the Court's Electronic Case Filing System, addressed to:

R. JAMES NICHOLSON, ET AL
Secretary, Department of Veterans Affairs
ATTN:  (Office of the General Counsel)
1722 Eye Street, NW
Washington, DC  20534

PAUL G. THOMSON
Office of the General Counsel
 Secretary, Department of Veterans Affairs
1722 Eye Street, NW
Washington, DC  20534

4

ELLEN S. HUVELLE
United Stated District Court Judge
333 Constitution Ave., NW
Washington, DC 20001

DEBORAH A. ROBINSON
United Stated District Court Magistrate Judge
333 Constitution Ave., NW
Washington, DC 20001

SEPHEN J. POLLAK,
 and the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

PAUL R. FRIEDMAN
 of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

RICHARD L. MATHENY, III
of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

MATHEW REINHARD
 and the Law Firm Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701

MARY LOU SOLLER
 and the Law Firm Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

ROSCOE C. HOWARD, JR., D.C. Bar # 246470
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

MARK E. NAGLE, D.C. Bar #416364
Assistant United States Attorney

United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney
 United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

PAMELA D. HUFF, D.C. Bar # 457175
Judiciary Center Building
555 4th Street, NW.
 Room 10-443
Washington, DC 20001

CIVIL PROCESS CLERK
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney for the District of Columbia
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530, and

The United States of America

                              Respectfully Submitted,

                              _____
                              Oscar L. Thomas
                               Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR L. THOMAS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07cv598 (RJL) |
| | ) |
| R. JAMES NICHOLSON, ET AL | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that I serve a copy of the attached Court's Case Management Order of April 9, 2007, on the following parties by First Class Mail, on this the 11th day of April 2007:

R. JAMES NICHOLSON, ET AL
Secretary, Department of Veterans Affairs
ATTN:  (Office of the General Counsel
1722 Eye Street, NW
Washington, D.C.  20534;

PAUL G. THOMSON
Office of the General Counsel
 Secretary, Department of Veterans Affairs
1722 Eye Street, NW
Washington, D.C.  20534;

ELLEN S. HUVELLE
United Stated District Court Judge
333 Constitution Ave., NW
Washington, D.C.  20001;

DEBORAH A. ROBINSON
United Stated District Court Magistrate Judge
333 Constitution Ave., NW
Washington, D.C.  20001;

SEPHEN J. POLLAK,
 and the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

PAUL R. FRIEDMAN
 of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

RICHARD L. MATHENY, III
of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001;

MATHEW REINHARD; and
MARY LOU SOLLER
 and the Law Firm Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

ROSCOE C. HOWARD, JR., D.C. Bar # 246470
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

MARK E. NAGLE, D.C. Bar #416364
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney
 United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

PAMELA D. HUFF, D.C. Bar # 457175
Judiciary Center Building
555 4th Street, NW.
 Room 10-443
Washington, DC 20001

CIVIL PROCESS CLERK
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney for the
District of Columbia
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

    Respectfully Submitted,

    _____
    Oscar L. Thomas
     Plaintiff, Pro Se
    CMR 454, Box 1746
    APO AE 09250
    Tel of Fax: 011-49-981-12912
    E-mail: thomas.ol@an-netz.de

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR THOMAS | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07cv 598 (RJL) |
| | ) |
| R. JAMES NICHOLSON, et al., | ) |
| | ) |
|     Defendants. | ) |

## PROPOSED ORDER

    This matter comes before the Court on plaintiff's "Motion for Extension of Time to Effect Process of Service the Complaint and Reserve the Court's Case Management Order on all Defendants.

    Upon consideration of the Motion and because Plaintiff is acting Pro Se, resides outside the United States in Germany where mailing requires more time, and where service of the Court's Initial Case Management Order has been served on all Defendants and actual notice of a lawsuit given to them early on in the process, and where there is no prejudice to the Defendants, and immediate action is being taken to effect eventual service, and because "good cause exist", the Court GRANTS Plaintiff 60-day extension of time to complete initial service of process of the Complaint and/or Request waiver and receive waiver, and to reserve the Court's Case Management Order on all Defendants.

    It is this ___ day of _____, 2007, hereby ORDERED that the Motion for a 60-day Extension to Complete Service of Process on all Defendants is GRANTED.

                                                                                  _____
                                                                            RICHARD J. LEON
                                                                            United States District Judge