UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| Oscar L. Thomas, | ) |
| | ) |
| v. | ) Case Number: 07-CV-00598 (RJL) |
| | ) (ECF) |
| R. James Nicholson, et al | ) |
|   Secretary, | ) |
| Department of Veterans Affairs, Agency | ) |
| | ) |
| John Doe I, II, and III, and; | ) |
| | ) |
| The United States of America, | ) |
| | ) |
|           - Defendants. | ) |
| | ) |

---

## <u>AFFIDAVIT OF PROOF OF SERVICE OF PROCESS WITH EXPLANATION</u>

Attached hereto, is Plaintiff filing of Proof of Service of a copy of the Complaint

along with the Court's Management Order of April 9, 2007, first, served by on April 11,

2007, by First Class Mail; and after the Defendants' failure to respond; service of a

another second copy of the Complaint and Management Order on July 30, 2007, by

Certified Mail Return Receipt, along with two completed and signed copies or a Request

for Waiver of Service of Summons and Complaint with stamped addressed envelope with

return postage attached (No Summons were issued by the Court),  on the list of

Defendants, who's Certified Mail Return Receipt showing each recipient or their agent's

signature as acknowledgement of service.  A brief explanation of current status

concerning service of process for each is also provided:

R. JAMES NICHOLSON, ET AL
Secretary, Department of Veterans Affairs
ATTN:  (Office of the General Counsel)
1722 Eye Street, NW
Washington, DC  20534

Explanation:  Defendant has been served twice, but has failed to respond.  Certified Receipt signed is attached hereto.

PAUL G. THOMSON
Office of the General Counsel
 Secretary, Department of Veterans Affairs
1722 Eye Street, NW
Washington, DC  20534

Explanation:  Defendant has been served twice, but has failed to respond. He failed to return Certified Mail Return Receipt – Mail receipt is attached hereto.

ELLEN S. HUVELLE
United Stated District Court Judge
333 Constitution Ave., NW
Washington, DC  20001

DEBORAH A. ROBINSON
United Stated District Court Magistrate Judge
333 Constitution Ave., NW
Washington, DC  20001

Explanation:  Defendants' have been served twice as indicated above, but have failed to respond. Defendants' returned Certified Mail Return Receipt is shown as signed for by the Court Mail Room, Nancy Mayer Whittington, Clerk, is attached hereto. Defendants' did not return Request for Waiver Form.

SEPHEN J. POLLAK,
 and the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

PAUL R. FRIEDMAN
 of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

RICHARD L. MATHENY, III
of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

Explanation:  These three above Defendants' and the law firm have been served twice as indicated above, but has failed to respond. Defendant Friedman's returned Certified Mail Return Receipt is attached hereto. Defendants' Pollak and Matheny, III, did not sign and/or return the Certified Mail Return Receipt, and none of the Defendants' returned the Request for Waiver Form.  However, by personal correspondence, singed by their

personal agent, dated September 7, 2007, each acknowledges receiving the service documents, which is proof of their service and their acknowledgement of it, but they indicate that each "do not waive such service", and they will respond to the complaint pursuant to Federal Rules of Civil Procedure, "after you effect service". See Ex A, attached hereto.

MATHEW REINHARD
 and the Law Firm Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701

MARY LOU SOLLER
 and the Law Firm Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701

Explanation: These two above Defendants' and the law firm have been served twice as indicated above, but has failed to respond. Defendants returned Certified Mail Return Receipt is attached hereto. Defendants' acknowledges receipt of service documents, did sign and returned the Certified Mail Return Receipt, but did not return the Request for Waiver Form.  However, in a jointly signed letter, date September 5, 2007, each acknowledges receiving the service documents, which is proof of their service and their acknowledgement of it, but said they were "writing to inform you that neither of us agrees to waive such service; that they will respond to the complaint at such time as you do effect service, as set forth in the Court's Orders of July 2, 200, and August 24, 2007." See Ex B, attached hereto.

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

ROSCOE C. HOWARD, JR., D.C. Bar # 246470
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

MARK E. NAGLE, D.C. Bar #416364
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney
 United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

PAMELA D. HUFF, D.C. Bar # 457175
Judiciary Center Building
555 4th Street, NW.
 Room 10-443
Washington, DC 20001

Explanation:  The above Defendants' have been served twice as indicated above, but has
failed to respond. Defendants' agent signed Certified Mail Return Receipt, which are
attached hereto. Defendants' did not return Request for Waiver Form.

CIVIL PROCESS CLERK
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney for the District of Columbia
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530, and

The United States of America

Explanation:  The United States has been served twice as indicated above. Signed
Certified Mail Return Receipts of service on the Attorney General of the United States,
the United States Attorney for the District of Columbia are attached hereto. Defendants'
did not return Request for Waiver Form.  United States has 60 days to respond.

Respectfully Submitted,

_____-s-_____

September 20, 2007                    Oscar L. Thomas
                                       Plaintiff, Pro Se
                                      CMR 454, Box 1746
                                      APO AE 09250
                                      Tel or Fax: 011 49 981 12912
                                      E-mail: thomas.ol@an-netz.de

Attachments:  as: Ex's A and B.

GOODWIN | PROCTER

John Townsend Rich
202.346.4249
jrich@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

September 7, 2007

Via Express Mail

Oscar L. Thomas
CMR 454, Box 1746
APO AE 09250

Re:    *Oscar L. Thomas v. R. James Nicholson et al.*, Civil Action No. 07-598 (RJL) (D.D.C.)

Dear Mr. Thomas:

        We are in receipt of the envelopes of materials relating to the above-captioned case that you mailed separately to Stephen J. Pollak, Paul R. Friedman, and Richard Matheny, III, of this firm (postmarked July 30, 2007). In those materials, you requested that Messrs. Pollak, Friedman, and Matheny waive service of process.

        I am authorized to inform you that Messrs. Pollak, Friedman, and Matheny do not waive such service. They will respond to the complaint pursuant to the Federal Rules of Civil Procedure after you effect service.

        Sincerely,

John Townsend Rich

Ex A



**MILLER & CHEVALIER**
CHARTERED

655 FIFTEENTH STREET, N.W., SUITE 900
WASHINGTON, D.C. 20005-5701
202.626.5800  FAX: 202.628.0858
WWW.MILLERCHEVALIER.COM

MARY LOU SOLLER
202.626.5849
msoller@milchev.com

September 5, 2007

Mr. Oscar L. Thomas
CMR 454, Box 1746
APO AE 09250

      Re: *Oscar L. Thomas v. R. James Nicholson,*
      Case No. 1:07-cv-00598-RJL

Dear Mr. Thomas:

      We are in receipt of the envelope of materials you sent to us pertaining to the above-captioned case, which we received on August 6, 2007. In that packet, you requested that we waive service of process in this case. We are writing to inform you that neither of us agrees to waive such service. We will respond to the complaint at such time as you do effect service, as set forth in the Court's Orders of July 2, 200, and August 24, 2007

               Sincerely,

               Mary Lou Soller

               Matthew T. Reinhard

Ex B

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S attorney for D.C.
U.S. Attorney's office
Judiciary Center Bldg.
555 4TH Street, NW
Washington. DC 20530

REQUESTED

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _(signature)_          ☐ Agent
                         ☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery
AUG 0 6 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )          ☐ Yes

2. Article Number
   *(Transfer from service label)*
   7004 1350 0003 3370 1630

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 4.60 |
| Certified Fee | | 265 |
| Return Reciept Fee (Endorsement Required) | | 215 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 940 |

_(Postmark: ARMY POSTAL SVC UNIT 4, Postmark Here, 30 JUL 2007, APO AE 09260)_

Sent To U S attorney for D C
UNITED STATES ATTORNEY OFFICE

Street, Apt. No.; or PO Box No. Judiciary Center Bldg
555 4TH Street, NW

City, State, ZIP+4 Washington, DC 28530

See Reverse for Instructions

7004 1350 0003 3370 1630

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deborah A. Robinson
U.S. District Court Judge
333 Constitution Ave, NW
Washington, DC
20001

RETURN RECEIPT REQUESTED

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 1350 0003 3370 1579

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | 2.15 |
| Total Postage & Fees | $ 9.40 |

ARMY POSTAL SVC UNIT
APO AE 09264
Postmark Here
2007

Sent To Deborah A Robinson
Street, Apt. No.; or PO Box No. U.S. Dist Crt Judge
333 Constitution Ave, NW
City, State, ZIP+4 Washington, DC 20001

7004 1350 0003 3370 1579

PS Form 3800, June 2002    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ellen S. Huvelle
U.S. District Court Judge
333 Constitution Ave, NW
Washington, D.C.
2001

RETURN RECEIPT REQUESTED

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    Received
     Mail Room

☐ Agent
☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1350 0003 3370 1555

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 265 |
| Return Reciept Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 940 |

Postmark Here
30 JUL 2007
ARMY POSTAL SVC UNIT
APOAE 09264

Sent To  ELLEN S HUVELLE
Street, Apt. No.; U.S. Dist. cnt. Judge
or PO Box No. 333 Constitution Ave, NW
City, State, ZIP+4  Washington, D.C. 20001

PS Form 3800, June 2002      See Reverse for Instructions

7004 1350 0003 3370 1555

# U.S. Postal Service.
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 265 |
| Return Reciept Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 940 |

Postmark Here

ARMY POSTAL SVC UNIT 4
30 JUL 2007
APOAE 092

7004 1350 0003 3370 1609

Sent To Richard L Matheny
Street, Apt. No.; or PO Box No. 901 New York Ave, NW
City, State, ZIP+4 Washington, DC 2001

PS Form 3800, June 2002                See Reverse for Instructions



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Sent To STEPEN POLLAK
Street, Apt. No; Law firm Goodwin Procter LLP
or PO Box No. 901 New York Ave, N.W
City, State, ZIP+4 Washington, DC 20001

PS Form 3800, June 2002                    See Reverse for Instructions

7004 1350 0003 3370 1586

# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

## OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 4.60 | |
| Certified Fee | 265 | |
| Return Reciept Fee (Endorsement Required) | 215 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 9.40 | |

Sent To
Paul G. Thomson

Street, Apt. No.; or PO Box No.
Office of General Counsel

City, State, ZIP+4
1722 Eye street, NW Washington DC

PS Form 3800, June 2002    See Reverse for Instructions

| **SENDER:** *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emiel L Perin_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  AUG 0 6 2007  C. Date of Delivery |
| 1. Article Addressed to:<br>RETURN RECEIPT REQUESTED<br>Civil Process Clerk<br>Attorney General of the United States<br>U. S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7004 1350 0003 3370 1616 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Postmark: ARMY POSTAL SVC UNIT 30 JUL 2007 APO AE

Sent To CIVIL PROCESS CLERK
Street, Apt. No.; Attorney General of the United States
or PO Box No. U.S. Dept. of Justice
City, State, ZIP+4 950 Pennsylvania Ave, NW
Washington DC 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

7004 1350 0003 3370 1616

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth L. Wainstein
U.S. Attorney
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530

RETURN RECEIPT
REQUESTED

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
AUG 0 6 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail        ☐ Express Mail
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)
7004 1350 0003 3370 1623

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 940 |

Postmark Here

Sent To
Kenneth L. Wainstein
Street, Apt. No.; or PO Box No.  U.S. attorney
U.S. attorney's office
City, State, ZIP+4  555 4th St N.W.
Washington, DC 20530

PS Form 3800, June 2002      See Reverse for Instructions

7004 1350 0003 3370 1623

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARK E NAGLE #416364
In His Individual Capacity
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES Attorney Office
Judiciary Center Building
555 4TH STREET, N.W.
Washington D.C. 20530
REQUESTED

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Emily Parker_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   AUG 0 6 2007

C. Date of Delivery   2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1350 0003 3370 1531

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 460 |
| Certified Fee | 265 |
| Return Reciept Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 940 |

Sent To  MARK E NAGLE, Asst U.S. Attorney
Street, Apt. No.; or PO Box No.  U.S. attorney's office, J.C.
555 4TH Street, N.W.
City, State, ZIP+4  Washington, D.C. 20530

PS Form 3800, June 2002   See Reverse for Instructions

7004 1350 0003 3370 1531

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mary Lou Soiler
of Law firm Miller & Chevalier
655 Fifteenth Street, NW
Suite 900
Washington, DC
RETURN RECEIPT 20005-5701
REQUESTED

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Pennie                            7-6-7

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1350 0003 3370 1593

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
DC 20005

| Postage | $ | 4.60 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 9.40 |

Postmark Here
ARMY POSTAL SVC UNIT 4
30 JUL 2007
AE 09264

Sent To  MARY LOU SOLLER
Street, Apt. No.; Law firm miller & chevalier
or PO Box No. 655 Fifteenth St. N.W. Suite 900
City, State, ZIP+4  Washington, DC 20005-5701

PS Form 3800, June 2002        See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Pamela D. Huff
Assistant U.S. attorney
U.S. attorney's office
555 4th Street, NW
Washington DC
REQUESTED    20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Samuel D Parker_    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
AUG 0 8 2007

D. Is delivery address different from item 1?  ☐
   If YES, enter delivery address below:      ☐

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 1350 0003 3370 1517

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Postmark Here
ARMY POSTAL SVC UNIT 4
APO AE 09264
30 JUL 2007

Sent To  PAMELA D HUFF
Street, Apt. No.;  Asst. U.S attorney.
or PO Box No.  U.S. attorney's office
City, State, ZIP+4  555 4TH St, N.W,
Washington DC  20530

7004 1350 0003 3370 1517

PS Form 3800, June 2002    See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PETER D BLUMBERG Bar # 463247
IN HIS Individual Capacity
ASSISTANT UNITED STATES ATTORNEY
United STATES ATTORNEY Office
Judiciary Center Building
555 4TH STREET, N W
Washington D.C. 20530
RETURN RECEIPT
REQUESTED

2. Article Number
(Transfer from service label)

7004 1350 0003 3370 1463

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emily Parks_        ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
AUG 0 8 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☒ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes



# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

DCF20530 USE

| | |
|---|---|
| Postage | $ 460 |
| Certified Fee | 265 |
| Return Reciept Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 940 |

Sent To PeTeR D BLumBerg
Street, Apt. No.; or PO Box No. ASSt. U.S. attorney's
u.s. attorney's office
City, State, ZIP+4 555 4Th Street, NW
Washington, DC 20530

PS Form 3800, June 2002                See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R. James Nicholson, et al
Secretary, DVA
1722 Eye Street, NW
Washington, DC
 20534

RETURN RECEIPT
REQUESTED

2. Article Number
   (Transfer from service label)

7004 1350 0003 3370 1562

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 4.60 |
| Certified Fee | | 265 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 215 |
| Total Postage & Fees | $ | 9.40 |

Sent To
R. James Nicholson, et al

Street, Apt. No.; or PO Box No.
Sec. DVA
1722 Eye St., NW

City, State, ZIP+4
Washington, DC 20534

7004 1350 0003 3370 1562

PS Form 3800, June 2002  See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roscoe C. Howard, Jr,
United States attorney's office
Judiciary center Building
555 4th Street, NW
Washington, DC 20530

RETURN RECEIPT
REQUESTED

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Daniel L Parker_    ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)  AUG 0 6 2007    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

   7004 1350 0003 3370 1470

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 265 |
| Return Reciept Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Sent To  ROSCOE US. Attorney
Street, Apt. No.; U.S. attorney's office, J.C.
or PO Box No. 555 4th Street, N.W.
City, State, ZIP+4  WAshington, DC 20530

PS Form 3800, June 2002        See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rudolph Contreras
Assistant U.S. attorney
U.S. attorney's office
555 4th Street, NW
Washington DC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   AUG 0 6 2007   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7004 1350 0003 3370 1548

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 265 |
| Return Reciept Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Sent To Rudolph Contreras
Street, Apt. No.; ASST. U.S. Attorney,
or PO Box No. U.S. Attorney office, J.D.B.
City, State, ZIP+4 555 4th Street, NW
Washington, DC 20530

PS Form 3800, June 2002   See Reverse for Instructions

7004 1350 0003 3370 1548

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul R. Friedman
of law firm Goodwin Procter
901 New York, Ave, NW
Washington, DC
RETURN RECEIPT 20001
REQUESTED

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7004 1350 0003 3370 1524

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 265 |
| Return Reciept Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 940 |

Sent To PAUL R Friedman
Street, Apt. No.; Law firm Goodwin Procter
or PO Box No. 901 New York Ave, NW
City, State, ZIP+4 Washington, DC 20001

PS Form 3800, June 2002    See Reverse for Instructions

7004 1350 0003 3370 1524

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MATHEW REINHARD; and
MARY LOU SOLLER
IN Their Individual Capacity
and The Law Firm Miller & Chevalier
655 FIFTEENTH STREET, N.W, SUITE
900
WASHINGTON, D.C. 20005

RETURN RECEIPT
REQUESTED

2. Article Number
(Transfer from service label)

7004 1350 0003 3370 1456

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received By (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 265 |
| Return Reciept Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Sent To MATHEW Reinhard &
Street, Apt. No.; Mary Lou Soller
or PO Box No. 655 Fifteenth St. NW Suite 900
City, State, ZIP+4 Washington, D.C. 20005

PS Form 3800, June 2002    See Reverse for Instructions

7004 1350 3370 0003 1456