UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Oscar L. Thomas, | ) |
| | ) |
| v. | ) Case Number: 07-CV-00598 (RJL) |
| | )                                (ECF) |
| R. James Nicholson, et al | ) |
|   Secretary, | ) |
| Department of Veterans Affairs, Agency | ) |
| | ) |
| John Doe I, II, and III, and; | ) |
| | ) |
| The United States of America, | ) |
| | ) |
|              - Defendants. | ) |
| | ) |

**AFFIDAVIT OF PROOF OF SERVICE OF PROCESS WITH EXPLANATION**

Attached hereto, is Plaintiff's filing of Proof of further Service of a copy of the Complaint along with the Court's Management Order of April 9, 2007, first served by on April 11, 2007 by First Class Mail; and after the Defendants' failure to respond; service of a another second copy of the Complaint and Management Order on July 30, 2007, by Certified Mail Return Receipt, along with two completed and signed copies or a Request for Waiver of Service of Summons and Complaint with stamped addressed envelope with return postage attached (No Summons were issued by the Court),  on the list of Defendants, who's Certified Mail Return Receipt showing each recipient or their agent's signature as acknowledgement of service.  Nine (9) of the Defendants' have now been served a third time by personal service.  See Exh. A attached hereto.  Also, a brief explanation of the current status concerning service of process for each individual is also provided:

R. JAMES NICHOLSON, ET AL
Secretary, Department of Veterans Affairs
ATTN: (Office of the General Counsel)
1722 Eye Street, NW
Washington, DC 20534
Explanation: Defendant has been served twice, but has failed to respond. Certified Receipt signed is attached hereto. Defendant has now been served a third time by personal service on October 15, 2007. See Page 3 to Ex A attached hereto.

PAUL G. THOMSON
Office of the General Counsel
 Secretary, Department of Veterans Affairs
1722 Eye Street, NW
Washington, DC 20534

Explanation: Defendant has been served twice, but has failed to respond. He failed to return Certified Mail Return Receipt – Mail receipt is attached hereto. Defendant has now been served a third time by personal service on October 15, 2007. See Page 4 to Ex A attached hereto.

ELLEN S. HUVELLE
United Stated District Court Judge
333 Constitution Ave., NW
Washington, DC 20001

DEBORAH A. ROBINSON
United Stated District Court Magistrate Judge
333 Constitution Ave., NW
Washington, DC 20001

Explanation: Defendants' have been served twice as indicated above, but have failed to respond. Defendants' returned Certified Mail Return Receipt is shown as signed for by the Court Mail Room, Nancy Mayer Whittington, Clerk, is attached hereto. Defendants' did not return Request for Waiver Form. Defendants' have now been served a third time by personal service on October 15, 2007. See Page 1 and 2 to Ex A attached hereto.

SEPHEN J. POLLAK,
 and the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

PAUL R. FRIEDMAN
 of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

RICHARD L. MATHENY, III
of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

Explanation:  These three above Defendants' and the law firm have been served twice as indicated above, but has failed to respond. Defendant Friedman's returned Certified Mail Return Receipt is attached hereto. Defendants' Pollak and Matheny, III, did not sign and/or return the Certified Mail Return Receipt, and none of the Defendants' returned the Request for Waiver Form.  However, by personal correspondence, singed by their personal agent, dated September 7, 2007, each acknowledges receiving the service documents, which is proof of their service and their acknowledgement of it, but they indicate that each "do not waive such service", and they will respond to the complaint pursuant to Federal Rules of Civil Procedure, "after you effect service". See Ex A to Docket # 6. Defendants' have now been served a third time by personal service on October 15, 2007.  See Page 5, 6 and 7 to Exh. A attached hereto.

MATHEW REINHARD
 and the Law Firm Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701

MARY LOU SOLLER
 and the Law Firm Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701

Explanation: These two above Defendants' and the law firm have been served twice as indicated above, but has failed to respond. Defendants returned Certified Mail Return Receipt is attached hereto. Defendants' acknowledges receipt of service documents, did sign and returned the Certified Mail Return Receipt, but did not return the Request for Waiver Form.  However, in a jointly signed letter, date September 5, 2007, each acknowledges receiving the service documents, which is proof of their service and their acknowledgement of it, but said they were "writing to inform you that neither of us agrees to waive such service; that they will respond to the complaint at such time as you do effect service, as set forth in the Court's Orders of July 2, 200, and August 24, 2007." See Ex B attached hereto Docket # 6. Defendant's have now been served a third time by personal service on October 15, 2007.  See Page 8 and 9 to Ex A attached hereto.

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

ROSCOE C. HOWARD, JR., D.C. Bar # 246470
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

MARK E. NAGLE, D.C. Bar #416364
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney
 United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

PAMELA D. HUFF, D.C. Bar # 457175
Judiciary Center Building
555 4th Street, NW.
 Room 10-443
Washington, DC 20001

Explanation: The above Defendants' have been served twice as indicated above, but has failed to respond. Defendants' agent signed Certified Mail Return Receipt, which are attached to Docket # 6 in the record. Defendants' did not return Request for Waiver Form.

CIVIL PROCESS CLERK
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney for the District of Columbia
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530, and

The United States of America

Explanation: The United States has been served twice as indicated above. Signed Certified Mail Return Receipts of service on the Attorney General of the United States, the United States Attorney for the District of Columbia are attached hereto. Defendants' did not return Request for Waiver Form. United States has 60 days to respond.

                                        Respectfully Submitted,

                                        _____-*s*-_____

October 23, 2007                    Oscar L. Thomas
                                         Plaintiff, Pro Se
                                        CMR 454, Box 1746
                                        APO AE 09250
                                        Tel or Fax: 011 49 981 12912
                                        E-mail: thomas.ol@an-netz.de

Attachments: as: Ex's A

5

~~Superior~~ United States District Court for the District of Columbia

Civil Division

Oscar L Thomas,  )
                )
        **Plaintiff**  )
                )
The Honourable v.  )    CA Number  1:07 cv 598
Ellen S Huvelle,  )
                )
        **Defendant**  )

**Affidavit of Service**

I, Reo Carter Jr, having been duly authorized to make service of the Summons / Complaint / Initial Order  case mgt order  in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is 62. That at 9:14 a.m. / p.m. on the 11th day of October 20 07, I served the within named defendant The Hon. Ellen S Huvelle personally and/or by leaving a copy of the Summons / Complaint / Initial Order  case mgt order  at his/her/its usual place of abode, employment or place of business at United States District Court 3rd Constitution Ave NW (Washington, D.C.) / Maryland / Virginia with Mrs Higgins Deputy Clerk authorized to accept service for Judge Ellen S Huvelle, a person of suitable age and discretion then residing therein as ~~directed by the D.C. Superior Court Rule 4 of the Code of Civil Procedures~~. Person served stated and/or inferred by silence that he/she resided with the defendant. The Office of the Clerk stated it was authorized to accept service

Race Cauc.  Age 59  Height 5'11" 6in  Weight 190 lbs.

The Carter Corporation, Inc.

Subscribed and sworn to before me this 15th day of October, 2007.

JAMES M. REED
Notary Public District of Columbia
My Commission Expires June 30, 2012

Notary Public / Deputy Clerk

My commission expires: _____
Attorney: Pro Se

United States District Court
~~Superior~~ Court for the District of Columbia

Civil Division

Oscar L Thomas,                )
                               )
            **Plaintiff**      )
                               )
        v.                     )
The Honorable Deborah          )    CA Number  1:07 cv 598
      A. Robinson              )
                               )
                               )
            **Defendant**      )

**Affidavit of Service**

I, RO Cartee Jr, having been duly authorized to make service of the Summons / Complaint / Initial Order  Case mgt order  in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is  62 . That at 9:12 (a.m.) / p.m. on the  11th  day of  October  20 07 , I served the within named defendant  The Hon Deborah A Robinson  personally and/or by leaving a copy of the Summons / Complaint / Initial Order  Case mgt order  at his/her/its usual place of abode, employment or place of business at  United States District Court 3rd + Constitution Ave NW  (Washington, D.C.) / Maryland / Virginia with  Ms Higgins Deputy Clerk , a person of suitable age and discretion then ~~residing therein as directed by the D.C. Superior Court Rule 4~~ Authorized to accept service for Magistrate Judge Deborah A Robinson of ~~the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided with the defendant.~~

The Office of The Clerk Stated it is Authorized To accept service

Race  Carc.   Age  59   Height  5ft 6in   Weight  190  lbs.

                                              RO
                                              _____
                                              The Carter Corporation, Inc.

Subscribed and sworn to before me this  15th  day of  October , 20 07 .

                        JAMES M. REED                James M Reed
                        Notary Public District of Columbia  _____
                        My Commission Expires June 30, 2012    Notary Public / Deputy Clerk

My commission expires: _____

Attorney:  Peo Se

United States District
~~Superior~~ Court for the District of Columbia

Civil Division

Oscar L Thomas,  )
                 )
**Plaintiff**    )
                 )
v.               )   CA Number   1:07 cv 598
                 )
R. James Nicholson et al )
Secretary Department )
of Veterans Affairs )
**Defendant**

**Affidavit of Service**

I, XO Crefee Jr, having been duly authorized to make service of the Summons / Complaint / Initial Order  CASE mgt order  in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is 62. That at 10:58 (a.m.)/ p.m. on the 11th day of October 20 07, I served the within named defendant R. James Nicholson et al personally and/or by leaving a copy of the Summons / Complaint / Initial Order  case mgt order  at (his/her/its usual place of abode, (employment) or place of business at 810 Vermont Ave NW Dept of Veterans Affairs (Washington, D.C.)/ Maryland / Virginia with Mrs C Helton - Office of the General Counsel, a person of suitable age and discretion then ~~residing therein as directed by the D.C. Superior Court Rule 4~~ of ~~the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided with the defendant.~~ Person served is Authorized to Accept service for the Secretary

Race Black   Age 35   Height 5ft 7in   Weight 145 lbs

                                                        [signature]
                                                   The Carter Corporation, Inc.

Subscribed and sworn to before me this 15th day of October, 20 07.

                                                   [signature] James M Reed
                        JAMES M. REED              Notary Public / Deputy Clerk
                  Notary Public District of Columbia
My commission expires:  ~~My Commission Expires June 30, 2012~~

Attorney:  Pro-Se

United States District

~~Superior~~ Court for the District of Columbia

Civil Division

Oscar L Thomas )
)
**Plaintiff** )
)
v. ) CA Number  1:07-CV-598
)
Paul G Thompson, )
)
**Defendant** )

**Affidavit of Service**

I, RO Cartee Jr, having been duly authorized to make service of the Summons / Complaint / Initial Order  Case mgmt order  in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is 62. That at 9:30 a.m. /p.m. on the 11th day of October 20 07, I served the within named defendant Paul G Thompson personally and/or by leaving a copy of the Summons / Complaint / Initial Order Case mgmt order at his/her/its usual place of abode, employment or place of business at 1722 Eye Street NW Vet Adm Office of The Gen Counsel (Washington, D.C.)/ Maryland / Virginia with Dana Rosborough, a person Authorized to accept service of process For The of suitable age and discretion then ~~residing therein as directed by the D.C. Superior~~ Court Rule 4 of ~~the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided with the defendant.~~ Person served Stated She is Authorized To Accept Service For Paul G Thompson

Race Black   Age 39   Height 5'1 9in   Weight 160 lbs.

The Carter Corporation, Inc.

Subscribed and sworn to before me this 15th day of October, 20 07.

JAMES M. REED
Notary Public District of Columbia
My Commission Expires June 30, 2012

James M Reed
Notary Public / Deputy Clerk

My commission expires: _____

Attorney: Pro-Se

~~United States District~~ ~~Superior~~ Court for the District of Columbia

Civil Division

Oscar L Thomas

**Plaintiff**

v.    CA Number 1:07 CV 598

Stephen J Pollock

**Defendant**

**Affidavit of Service**

I, RO Grefee Jr, having been duly authorized to make service of the Summons / Complaint / Initial Order CASE MGT order in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is 62. That at 6:59 a.m. / p.m. on the 13th day of October 20 07, I served the within named defendant Stephen J Pollock (personally) ~~and/or by leaving~~ a copy of the Summons / Complaint / Initial Order CASE MGT order at (his)/her/its usual place of abode, employment or place of business at 3314 Newark Street NW (Washington, D.C.) / Maryland / Virginia with Personal Service upon the A ~~of suitable age and discretion then residing therein~~ as directed by the D.C. Superior Court Rule 4 of ~~the Code of Civil Procedures. Persons served stated and/or inferred by silence that he/she resided with the defendant.~~

Race C7uc    Age 67    Height 5/1 10in    Weight 190 lbs.

The Carter Corporation, Inc.

Subscribed and sworn to before me this 15th day of October, 20 07.

JAMES M. REED
Notary Public District of Columbia    James M. Reed
My Commission Expires June 30, 2012    Notary Public / Deputy Clerk

My commission expires: _____

Attorney: Pro-Se

~~Superior~~ **District** Court for the District of Columbia

Civil Division

Osene L Thomas  )
                )
    **Plaintiff**    )
                )
    v.          )    CA Number  1:07 CV 598
                )
Richard L Matheny III )
                )
    **Defendant**   )

**Affidavit of Service**

I, RO Crefreck, having been duly authorized to make service of the Summons / Complaint / Initial Order CASE mgt order in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is 62. That at 6:15 (a.m.)/ p.m. on the 13th day of October, 20 07, I served the within named defendant Richard L Matheny III (personally) and/or by leaving a copy of the Summons / Complaint / Initial Order case mgt ord. at his/her/its usual place of (abode), employment or place of business at 4119 Stanford Street Chevy Chase Washington, D.C. / (Maryland) / Virginia with Personal Service upon the, a person ~~of suitable age and discretion then residing therein as directed by the D.C. Superior Court Rule 4 of the Code of Civil Procedures. Persons served stated and/or inferred by silence that he/she resided with the defendant.~~

Race Cauc   Age 44   Height 5ft 11in   Weight 185 lbs.

                                    [signature]
                                    The Carter Corporation, Inc.

Subscribed and sworn to before me this 15th day of October, 200 7.

                                    [signature] James M Reed
JAMES M. REED                       Notary Public / Deputy Clerk
Notary Public District of Columbia
My commission expires: My Commission Expires June 30, 2012
Attorney: Pro Se

United States District ~~Superior~~ Court for the District of Columbia

Civil Division

Oscar L Thomas, )
)
**Plaintiff** )
)
v. ) CA Number  1:07 CV 598
)
Paul R Friedman )
)
**Defendant** )

**Affidavit of Service**

I, RD Gefeck, having been duly authorized to make service of the Summons / Complaint / Initial Order  cns v mgt order  in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is 62. That at 6:31 a.m./p.m. on the 13th day of October 20 07, I served the within named defendant Paul R Friedman personally and/or by leaving a copy of the Summons / Complaint / Initial Order cns mgt order at his/her/its usual place of abode, employment or place of business at 4909 Linnean Ave NW Washington, D.C. / Maryland / Virginia with Mrs Doe -co-occupant, a person of suitable age and discretion then residing therein as directed by the ~~D.C. Superior Court~~ Rule 4 of the Code of Civil Procedures. ~~Persons served stated and/or inferred by silence that he/she resided with the defendant.~~ Person served stated she was not Mrs Friedman but stated that they were still in bed at the time of service.

Race Cauc  Age 50  Height 5ft 10in  Weight 140 lbs.

Respondent continued to query Affiant about her status. Papers left with her.

The Carter Corporation, Inc.

Subscribed and sworn to before me this 15th day of October, 20 07.

JAMES M. REED
Notary Public District of Columbia
My Commission Expires June 30, 2012

James M Reed
Notary Public / Deputy Clerk

My commission expires: _____

Attorney: Pro-Se

~~Superior~~ In ~~Ne~~ed States District Court for the District of Columbia

Civil Division

Oscar L Thomas,  )
                 )
                 )
    **Plaintiff** )
                 )
         v.      )   CA Number  1:07-cv-598
                 )
Mathew Reinhard  )
                 )
                 )
    **Defendant** )

**Affidavit of Service**

I, Ro Crefec Jr, having been duly authorized to make service of the Summons / Complaint / Initial Order  Case most order  in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is 62. That at 10:16 a.m. / p.m. on the 10th day of October 20 07, I served the within named defendant Mathew Reinhard / Case most personally and/or by leaving a copy of the Summons / Complaint / Initial Order at his/her/its usual place of abode, employment or place of business at Miller + Chevalier 655 15th ST NW suite 900 (Washington, D.C.) Maryland / Virginia with Personal Service Upon The ~~a person of suitable age and discretion then residing therein as directed by the D.C. Superior Court Rule 4 of the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided with the defendant.~~

Race Cauc.   Age 46   Height 6ft 4in   Weight 200 lbs.

Ro
The Carter Corporation, Inc.

Subscribed and sworn to before me this 15th day of October 20 07.

JAMES M. REED    James M Reed
Notary Public District of Columbia   Notary Public / Deputy Clerk
My commission expires: My Commission Expires June 30, 2012
Attorney: Pro-Se

~~Superior~~ United States District Court for the District of Columbia

Civil Division

Oscar L Thomas,  )
                 )
   **Plaintiff** )
                 )
       v.        )   CA Number  1:07-CV-598
                 )
Mary Low Sollee, )
                 )
   **Defendant** )

**Affidavit of Service**

I, RO Carter Jr, having been duly authorized to make service of the Summons / Complaint / Initial Order  Case Mgt order  in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is 62. That at 10:09 a.m. / p.m. on the 10th day of October 20 07, I served the within named defendant  Mary Low Sollee  (personally) and/or by leaving a copy of the Summons / Complaint / Initial Order  Case Mgt order  at his/her/its usual place of abode, employment or place of (business) at  Miller + Chevalier 655 15th St NW Suite 900  (Washington, D.C.) / Maryland / Virginia with  Personal Service Upon The A, a person ~~of suitable age and discretion then residing therein as directed by the D.C. Superior Court Rule 4 of the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided with the defendant.~~

Race Cauc    Age 56   Height 5M 7in   Weight 180 lbs.

                                                  [signature]
                                                  The Carter Corporation, Inc.

Subscribed and sworn to before me this  15th  day of  October , 20 07.

                                                  [signature] James M Reed
                       JAMES M. REED               Notary Public / Deputy Clerk
               Notary Public District of Columbia
My commission expires: My Commission Expires June 30, 2012

Attorney: Pro-Se