UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR L. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07cv00598 (RJL) |
| ) | (ECF) |
| ANTHONY J. PRINCIPI, et al ) | |
| ) | |
| Defendants. ) | |

**MOTION TO FILE PLEADING VIA THE COURT'S**
**ELECTRONIC CASE FILING (ECF) SYSTEM**

COME NOW the Pros Se Plaintiff pursuant to Rule 5.4 (a) and (b) (2) of the Court's Local Rules, for Motion for Leave of the Court to File Pleadings, Documents and other paper with the Court in the above captioned case via the Court's Electronic Case Filing (ECF) System, and for CM/ECF Password. (**A Password has Already been Assigned**).

In support of this Motion, Plaintiff provides the following:

1. Plaintiff has already received leave of the Court and obtained a CM/ECF Password from the Clerk to file Pleadings, Documents and other paper with the Court in ongoing case Number: 02cv001743.

2. The above captioned case is already pending before Court.

3. Plaintiff has previously submitted the necessary application with the Court's ECF Operations Section as directed by previous Order of the Court, requesting an ECF account and received a Password that is in use.

4. Plaintiff is familiar with the Court's ECF Filing System Local Rules, studied its procedures for filing pleadings and has trained for ECF via the Tutorial Training Site; and has reviewed Filing Pointers other information on the Court's website.

5. Plaintiff has continuous access to the Internet and herein confirms the capacity and knowledge to file documents and receive the filings of other parties electronically on a regular basis.

6. Plaintiff resides outside the United States in Germany and often and will quickly receive pleadings from other party's in the United States that would normally take up to as much as 10 days, causing plaintiff to have to burden the Court with late motions to file responsive pleadings and other papers out of time, and would further cause Plaintiff to have to defray the high costs of Express or Overnight Mail to meet the Court's filing deadlines.

7. By allowing Plaintiff to file pleadings by ECF, and when necessary or required, by Generic E-mail Box would contribute highly to a less burdensome and more efficient operation of the Court and the Court Clerk's Office, saving the Court time and resources, from having to have to scan large documents and pleadings into the system by a more slower and less efficient process. Likewise, the use of ECF will also allow pleadings to be served more timely and efficiently on all parties in involved.

8. Plaintiff has already established a PACER Account that is operative.

9. Plaintiff believes that good cause exists for the Court to favor and grant Pro Se Plaintiff's motion, and Plaintiff has not and will not abuse privileges of using ECF.

10. Any opposing party's attorney is also required to us ECF in this Case.

For the foregoing reasons, Plaintiff respectfully requests the Court grant Plaintiff's Motion to File Pleadings and other documents and other paper with the Court in the above captioned case, (which is also a related case), via the Court's Electronic Case Filing (ECF) System.

Respectfully Submitted,

*Oscar L. Thomas*
Oscar L. Thomas
Plaintiff, Pro Se
CMR 454, Box 1746
APO AE 09250
Tel of Fax: 011-49-981-12912
E-mail: thomas.ol@an-netz.de

CERTIFICATE OF SERVICE

I certify that I caused to be serve a copy of Plaintiff's Motion to File Pleadings via the Court's Electronic Case Filing (ECF) System on the following parties by First Class Mail, on this the 26th day of October 24, 2007:

R. JAMES NICHOLSON, ET AL
Secretary, Department of Veterans Affairs
ATTN: (Office of the General Counsel)
1722 Eye Street, NW
Washington, DC  20534

PAUL G. THOMSON
Office of the General Counsel
 Secretary, Department of Veterans Affairs
1722 Eye Street, NW
Washington, DC  20534

ELLEN S. HUVELLE
United Stated District Court Judge
333 Constitution Ave., NW
Washington, DC  20001

DEBORAH A. ROBINSON
United Stated District Court Magistrate Judge
333 Constitution Ave., NW
Washington, DC  20001

SEPHEN J. POLLAK,
 and the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

PAUL R. FRIEDMAN
 of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

RICHARD L. MATHENY, III
of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

MATHEW REINHARD
 and the Law Firm Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701

MARY LOU SOLLER
 and the Law Firm Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

ROSCOE C. HOWARD, JR., D.C. Bar # 246470
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

MARK E. NAGLE, D.C. Bar #416364
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney
 United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

PAMELA D. HUFF, D.C. Bar # 457175
Judiciary Center Building
555 4th Street, NW.
 Room 10-443

Washington, DC 20001

CIVIL PROCESS CLERK
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney for the District of Columbia
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530, and

The United States of America

Respectfully Submitted,

*Oscar L. Thomas*
Oscar L. Thomas
Plaintiff, Pro Se
CMR 454, Box 1746
APO AE 09250
Tel of Fax: 011-49-981-12912
E-mail: thomas.ol@an-netz.de