UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR L. THOMAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> R. JAMES NICHOLSON, et al ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 07cv00598 (RJL) <br> (ECF) |

**MOTION TO FILE FIRST AMENDED COMPLAINT
TO ADD ADDITIONAL DEFENDANTS**

Plaintiff, Oscar L. Thomas, Pro Se, hereby moves, pursuant to Rule 15(a) and (c) and Rule 21 and 25 of the Federal Rules of Civil Procedure, to add two additional defendants.

A memorandum of points and Authorities in support of this motion, along with the proposed amended complaint, is attached hereto.

Respectfully Submitted,

*Oscar L. Thomas*

October November 2, 2007

Oscar L. Thomas
Plaintiff, Pro Se
CMR 454, Box 1746
APO AE 09250
Tel of Fax: 011-49-981-12912
E-mail: thomas.ol@an-netz.de

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO FILE FIRST AMENDED COMPLAINT TO ADD ADDITIONAL DEFENDANTS**

Pro Se Plaintiff, Oscar L. Thomas, hereby moves, pursuant to Rule 15(a) and (c), Rules 21 and 25 of the Federal Rules of Civil Procedure, to File First Amend Complaint to add defendants. In support of this motion, the plaintiff states as follows:

**PRELIMINARY STATEMENT**

As a direct result of the Defendants' conduct, Plaintiff has suffered a violation of rights guaranteed to Plaintiff under the United States Constitution, Federal Statue, and the laws of the District of Columbia. This is a civil action brought under the rule of *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), that also includes statutory civil rights claims and pendent state-law claims growing out of Civil Action 02cv01743. It is brought to recover damages from the Defendants for the constitutional and other injuries they committed against Plaintiff. Plaintiffs have no other remedies for the violations of their rights.

**PROCEDURAL POSTURE**

Plaintiff brought this lawsuit stating claims against the named captioned Defendants' Ellen S, Huvelle, Deborah A. Robinson, R. James Nicholson, Paul G. Thomson, Stephen J. Pollak, Paul R. Friedman, Richard L Matheny, III, Jeffrey A. Taylor, Roscoe C. Howard, Jr., Mark E. Nagle, Kenneth L. Wainstein, Rudolph Contreras, Peter D. Blumberg, Pamela D. Huff, Matthew Reinhard, and Mary Lou Soller in their individual capacity, and as federal employees acting under color of legal authority, under *Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics,* 403 U.S. 388 (1971); while (acting outside the scope of their employment), where the government has not certified scope of employment; for injunctive, declaratory and

injured and conspired to injury and to denied Plaintiff due process and equal protection of the law, in violation of the Fifth and Fourteenth Amendments to our U.S. the Constitution and violated Plaintiff's civil rights as alleged in the above captioned Original Complaint and as alleged in the attached Amended Complaint.

## JURISDICTION

1. This case arises under the United States Constitution and the laws of the United States and presents a federal question within this Court's jurisdiction under Article III of the Constitution, 42 U.S.C. 1985(2) and (3), 28 U.S.C. §§ 1331, 1343(a)(3), and Federal Statues 28 U.S.C. §§ 1346(b) and 2679-et seq. The Court has Supplemental Jurisdiction over Plaintiff's state law action against the named captioned Defendants' pursuant to 28 U.S.C. §1367; DC CODE § 12-301 (8) and § 13-423(a)(1)-(6) and (b)-et seq., and the District of Columbia's three-year statute contained in D.C. Code Ann. § 12-301 (1995). The Court has authority to grant declaratory relief pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq*. The Court has authority to grant injunctive relief under the federal courts' inherent equitable powers. Plaintiff also seeks declaratory and injunctive relief and monetary damages against the named captioned Defendants' each, in their individual capacity, as a federal employee acting under color of legal authority, under *Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

## VENUE

2. Venue is appropriate in this District under 28 U.S.C. § 1391. All of the acts or omissions alleged in the Original and Amended Complaint, occurred in the District of Columbia.

**Legal Standard**

Under Federal Rule of Civil Procedure 15(a), a party may amend its pleading once as a matter of course at any time before a responsive pleading is served. FED. R. CIV. P. 15(a).

Additionally, Rule 15(a) allows a party to amend its pleading to add a new party. *Id.*; *Wiggins v. Dist. Cablevision, Inc.*, 853 F. Supp. 484, 499 (D.D.C. 1994); 6 FED. PRAC. & PROC. 2d § 1474. According to our court of appeals, Rule 15(a) "guarantee[s] a plaintiff an absolute right" to amend the complaint once at any time so long as the defendant has not served a responsive pleading and the court has not decided a motion to dismiss. *James V. Hurson Assocs., Inc. v. Glickman*, 229 F.3d 277, 282-83 (D.C. Cir. 2000) (citing FED. R. CIV. P. 15(a)).1 If there is more than one defendant, and not all have served responsive pleadings, the plaintiff may amend the complaint as a matter of course with regard to those defendants that have yet to answer. 6 FED. PRAC. & PROC. 2d § 1481. Motions to dismiss and for summary judgment do not qualify as responsive pleadings for the purposes of Rule 15. *James V. Hurson Assocs.*, 229 F.3d at 283; *Bowden v. United States*, 176 F.3d 552, 555 (D.C. Cir. 1999); *U.S. Info. Agency v. Krc*, 905 F.2d 389, 399 (D.C. Cir. 1990).

Therefore, respectfully, the Court should grant Plaintiff's Motion to Amend the Complaint to Add Defendants.

## CONCLUSION

For the above reasons, Plaintiffs' Motion to File First Amended Complaint should be granted.

WHEREFORE, plaintiff respectfully requests the Court:

---

1 FRCP 15(a) provides that:

A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires. A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders.

4

judgment do not qualify as responsive pleadings for the purposes of Rule 15. *James V. Hurson Assocs.*, 229 F.3d at 283; *Bowden v. United States*, 176 F.3d 552, 555 (D.C. Cir. 1999); *U.S. Info. Agency v. Krc*, 905 F.2d 389, 399 (D.C. Cir. 1990).

Therefore, respectfully, the Court should grant Plaintiff's Motion to Amend the Complaint to Add Defendants.

## CONCLUSION

For the above reasons, Plaintiffs' Motion to File First Amended Complaint should be granted.

WHEREFORE, plaintiff respectfully requests the Court:

Grant Plaintiff **Motion to File First Amended Complaint, and to Add** Judge Alan Kay and Robin M. Meriweather as additional defendants in the above Captioned Complaint.

Respectfully submitted

Dated: November 2, 2007

*Oscar L. Thomas*
Oscar L. Thomas
Plaintiff, Pro Se
CMR 454, Box 1746
APO AE 09250
Tel of Fax: 011-49-981-12912
E-mail: thomas.ol@an-netz.de

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Oscar L. Thomas,<br><br>    - Plaintiff,<br><br>v.<br><br>R. JAMES NICHOLSON, ET AL<br>Secretary, Department of Veterans Affairs<br>ATTN: (Office of the General Counsel<br>1722 Eye Street, N.W.,<br>Washington, DC 20534<br><br>PAUL G. THOMSON<br>Office of the General Counsel<br> Secretary, Department of Veterans Affairs<br>1722 Eye Street, NW<br>Washington, DC 20534<br><br>ELLEN S. HUVELLE<br>United Stated District Court Judge<br>333 Constitution Ave., N. W.,<br>Washington, DC 20001<br><br>DEBORAH A. ROBINSON<br>United Stated District Court Magistrate Judge<br>333 Constitution Ave., NW<br>Washington, DC 20001<br><br>SEPHEN J. POLLAK,<br> and the Law Firm Goodwin Procter, LLP<br>901 New York Avenue, N. W.,<br>Washington, DC 20001<br><br>PAUL R. FRIEDMAN<br> of the Law Firm Goodwin Procter, LLP<br>901 New York Avenue, N. W.,<br>Washington, DC 20001<br><br>RICHARD L. MATHENY, III<br>of the Law Firm Goodwin Procter, LLP<br>901 New York Avenue, N. W.,<br>Washington, DC 20001 | Case No.: 07cv598 (RJL)<br>(ECF) |

| | |
|---|---|
| MATHEW REINHARD<br> and the Law Firm Miller & Chevalier<br>655 Fifteenth Street, NW, Suite 900<br>Washington, DC 20005-5701 | )<br>)<br>)<br>)<br>) |
| MARY LOU SOLLER<br> and the Law Firm Miller & Chevalier<br>655 Fifteenth Street, NW, Suite 900<br>Washington, DC 20005-5701 | )<br>)<br>)<br>)<br>) |
| JEFFREY A. TAYLOR<br>United States Attorney<br>United States Attorneys Office<br>Judiciary Center Building<br>555 4th Street, N. W.,<br>Washington, D.C. 20530; | )<br>)<br>)<br>)<br>)<br>)<br>) |
| ROSCOE C. HOWARD, JR., D.C.<br>United States Attorney<br>United States Attorneys Office<br>Judiciary Center Building<br>555 4th Street, N. W.,<br>Washington, D.C. 20530; | )<br>)<br>)<br>)<br>)<br>)<br>) |
| MARK E. NAGLE<br>Assistant United States Attorney<br>United States Attorneys Office<br>Judiciary Center Building<br>555 4th Street, N. W.,<br>Washington, D.C. 20530 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| KENNETH L. WAINSTEIN<br>United States Attorney<br> United States Attorneys Office<br>Judiciary Center Building<br>555 4th Street, N. W.,<br>Washington, D.C. 20530 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| RUDOLPH CONTRERAS<br>Assistant United States Attorney<br>United States Attorneys Office<br>Judiciary Center Building<br>555 4th Street, N. W.,<br>Washington, D.C. 20530 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| PETER D. BLUMBERG<br>Assistant United States Attorney<br>United States Attorneys Office<br>Judiciary Center Building<br>555 4th Street, N. W.,<br>Washington, D.C. 20530 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| PAMELA D. HUFF<br>Judiciary Center Building<br>555 4th Street, NW.<br> Room 10-443<br>Washington, DC 20001 | )<br>)<br>)<br>)<br>)<br>) |
| CIVIL PROCESS CLERK<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N. W.,<br>Washington, DC 20530-0001 | )<br>)<br>)<br>)<br>)<br>) |
| United States Attorney for the District of<br> Columbia<br>United States Attorneys Office<br>Judiciary Center Building<br>555 4th Street, N. W.,<br>Washington, D.C. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| ALAN KAY<br>United Stated District Court Judge<br>333 Constitution Ave., N. W.,<br>Washington, DC  20001 | )<br>)<br>)<br>)<br>) |
| ROBIN M. MERIWEATHER<br>Assistant United States Attorney<br>United States Attorneys Office<br>Judiciary Center Building<br>555 4th Street, N. W.,<br>Washington, D.C. 20530, and | )<br>)<br>)<br>)<br>)<br>)<br>) |
| JOHN DOE 1-35 | )<br>) |
| - Defendants. | )<br>) |

## FIRST AMENDED COMPLAINT TO ADD DEFENDANTS

1.     Plaintiff hereby incorporate by reference, as if fully stated and set out herein, the full Caption and Paragraphs 1 and 104 and the Relief Requested on Pages

3

47, 48 and 49 of the Original Complaint, filed 03/28/2007, (hereinafter "Original Complaint"), CA 07cv00598 (RJL).

## PARTIES

2. Plaintiff hereby incorporate by reference, as if fully stated here, paragraphs 3 - 4 of the Original Complaint, filed 03/28/2007, and amends paragraph 4 to add as **PARTIES**:

"Judge Alan Kay and Robin M. Meriweather", who are also citizen of the United States, and he District of Columbia, the State of Virginia, or Maryland, and they have also through their acts and omissions in furtherance of the described conduct herein, further injured, denied and continues to deny Plaintiff due process in violation of the Fifth and Fourteenth Amendments to our U.S. Constitution, and Plaintiff's civil rights as alleged in the Original Complaint and this amendment in furtherance of described conspiracy/conduct therein and herein."

## FACTS

3. Plaintiff hereby incorporates by reference, as if fully stated herein, Paragraph 4 "Facts", Paragraph A. 5. through Paragraph 52 of the Original Complaint, and amends to add at the end of Paragraph 52, Paragraph:

"C.   **FACTS COMMON TO JUDGE ALAN KAY**":

a.   "The claims herein against Judge Alan Kay, arises, in part, out of a conspiracy among the above captioned defendants and his acting in furtherance of the described conduct and conspiracy alleged, and his continuing to act "WITHOUT [] **ANY JURISDICTIONAL [] LEGAL CONSTITUTIONAL AUTHORITY** [] or POWER TO ACT [] in adjudicating Plaintiff's claims in Civil Action 02cv001743, by and through his issuing of Illegal Orders and Actions of Professional Misconduct – of committing and/or causing to be committed, continuous acts and omissions of the herein described conspiracy and other violations of federal law in furtherance of described conspiracy to injury Plaintiff that is continuous- (conduct) prejudicial to the effective and expeditious administration of the business of the Court, as described herein and in **Judicial Counsel Complaint No.: 07-03. That complaint is currently before the Court on a Petition for Review.**"

b.   "Judge Alan Kay, in furtherance of the described conspiracy and violations described in the original complaint, First, Second, Third, Fourth, Fifth, Sixth, Seventh and Eight Causes of Action, committed and/or caused to be committed, continuous acts and omissions of a conspiracy, and in furtherance of that

4

conspiracy to violate and deny Plaintiff's constitutional rights to due process, equal protection, civil and equal rights under State, DC and Federal Law as already described - (conduct) that is prejudicial to the effective and expeditious administration of the business of the Court by acting, administering and adjudicating this case under the FTCA framework with regards to his actions in this case since its reassignment to him - specifically as relating to Docket #100 through 150 and as to other pending issues before him in Case No.: 02cv1743."; and

"D.    **FACTS COMMON TO ROBIN M. MERIWEATHER**":

"Since on or about February 2007, Robin M. Meriweather, Assistant U.S. Attorney, has knowingly intentionally, and willfully acted in support of and in furtherance of the described conspiracy – acting in and taking the place of Richard D. Blumberg - and violations described in the Original Complaint's First, Second, Third, Fourth, Fifth, Sixth, Seventh and Eight Causes of Action. Defendant Robin M. Meriweather committed and/or caused to be committed, continuous acts and omissions of a conspiracy, and in furtherance of that conspiracy to violate and to deny Plaintiff's constitutional rights to due process, civil and equal rights granted under our U.S. Constitution, and in violation of State, DC and Federal Law as already described in the original complaint, and as further described herein - (conduct) contributing to conduct that is prejudicial to the effective and expeditious administration of the business of the Court. By acting and pursuing to use government authority to have the DC District Court unlawfully administer and adjudicate Plaintiff's claims in Case No.: 02cv1743 under the FTCA framework in violation of a federal statue and other federal law, Defendant violated and continues to violate the constitutional due process, equal protection, and other legal rights of Plaintiff. "

4.    Plaintiff hereby incorporate by reference, as if fully stated herein, Paragraphs 53 through 104 of the Original Complaint, and amend the original complaint to substitute, add/replace after "First Cause of Action" through the "Eighth Cause of Action":

(Against All Named Defendants' in Their Individual Capacity), with:

"(Against All Named Defendants' in Their Individual Capacity, to include Judge Alan Kay and Robin M. Meriweather)."

5.    Plaintiff hereby incorporates by reference, as if fully stated herein, the Caption and all Defendants listed in the Original Complaint, and Paragraphs 1 through 104 of the Original Complaint, and the Relief Prayed for Against all Defendants in the Original Complaint on Pages 47, 48 and 49, as if fully stated herein

as the ("First Amended Complaint").

Respectfully submitted

*Oscar L. Thomas*

Oscar L. Thomas
Plaintiff, Pro Se
CMR 454, Box 1746
APO AE 09250
Tel of Fax: 011-49-981-12912
E-mail: thomas.ol@an-netz.de

Dated: November 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2007, I caused a copy of the foregoing Motion for MOTION TO FILE FIRST AMEND COMPLAINT TO ADD ADDITIONAL DEFENDANTS WITH AMENDED COMPLAINT ATTACHED, to be served on the following individuals by First Class Mail, Postage Prepaid, on:

R. JAMES NICHOLSON, ET AL
Secretary, Department of Veterans Affairs
ATTN: (Office of the General Counsel)
1722 Eye Street, NW
Washington, DC 20534

PAUL G. THOMSON
Office of the General Counsel
Secretary, Department of Veterans Affairs
1722 Eye Street, NW
Washington, DC 20534

ELLEN S. HUVELLE
United Stated District Court Judge
333 Constitution Ave., NW
Washington, DC 20001

DEBORAH A. ROBINSON
United Stated District Court Magistrate Judge
333 Constitution Ave., NW
Washington, DC 20001

SEPHEN J. POLLAK,
and the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

PAUL R. FRIEDMAN
of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

RICHARD L. MATHENY, III
of the Law Firm Goodwin Procter, LLP
901 New York Avenue, N.W.,
Washington, DC 20001

MATHEW REINHARD
and the Law Firm Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701

MARY LOU SOLLER
and the Law Firm Miller & Chevalier
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

ROSCOE C. HOWARD, JR., D.C. Bar # 246470
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530;

MARK E. NAGLE, D.C. Bar #416364
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

PAMELA D. HUFF, D.C. Bar # 457175
Judiciary Center Building
555 4th Street, NW.
 Room 10-443
Washington, DC 20001

CIVIL PROCESS CLERK
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney for the District of Columbia
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C., and

JOHN DOE 1-35

Dated: October 31, 2007

Oscar L. Thomas
 Plaintiff, Pro Se
CMR 454, Box 1746
APO AE 09250
Tel of Fax: 011-49-981-12912
E-mail: thomas.ol@an-netz.de

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Oscar L. Thomas, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case Number: 07cv00598 (RJL) |
| ) | (ECF) |
| R. James Nicholson, et al ) | |
| Secretary, ) | |
| Department of Veterans Affairs, Agency ) | |
| ) | |
| - Defendants. ) | |
| ) | |

PROPOSED ORDER

Upon consideration of Plaintiff's Motion to File First Amended Complaint to Added Additional Defendants, the Defendants Responses thereto, and the record in this case as a whole, the Court finds that the motion should be granted.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to File First Amended Complaint to Added Additional Defendants is hereby GRANTED. It is further Ordered that the Plaintiff serve the additional named defendant with a copy of the Amended Complaint and this Court's Management Order within 60 days of the date of this order.

This ____ day of _____, 2007

_____
United States District Judge