UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR L. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:07-cv-00598-RJL |
| | ) |
| R. JAMES NICHOLSON, et al., | ) |
| | ) |
| Defendants | ) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for the United States of America, Jeffrey A. Taylor, Roscoe C. Howard, Jr., Mark E. Nagle, Kenneth L. Wainstein, Rudolph Contreras, Peter D. Blumberg, Pamela D. Huff, R. James Nicholson, and Paul G. Thomson. Assistant United States Attorney Robin M. Meriweather is entering her appearance on the behalf of the United States and the individuals listed above for the limited purpose of addressing plaintiff's failure to effect service of process upon them, and contesting the Court's personal jurisdiction over them.[1]

Dated: November 15, 2007        Respectfully submitted,

                                                    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. BAR # 490114
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E4911
Washington, D.C. 20530
Ph: (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

---

[1] By entering this appearance, Ms. Meriweather does not concede that the United States of America and the individuals listed above are properly defendants in this case or that they are required to take any action in this case.