UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OSCAR L. THOMAS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  1:07-cv-00598-RJL |
| R. JAMES NICHOLSON, et al., | ) ) ) | |
| Defendants | ) ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION
TO MOTION FOR DEFAULT JUDGMENT**

Pursuant to Local Civil Rule 6(b) the United States of America, Jeffrey A. Taylor, Roscoe C. Howard, Jr., Mark E. Nagle, Kenneth L. Wainstein, Rudolph Contreras, Peter D. Blumberg, Pamela D. Huff, R. James Nicholson, and Paul G. Thomson (collectively "the United States and the USAO/DVA Putative Defendants"), through undersigned counsel, hereby request a four-business-day enlargement of time to respond to Plaintiff's motion for default judgment in the above-captioned action.  The certificate of service indicates that the motion was mailed November 1, 2007, making November 15, 2007 the default deadline for responses to that motion.[1]  The United States and the USAO/DVA Putative Defendants request that the deadline for any response submitted on their behalf be enlarged to November 21, 2007.  In accordance with Local Civil Rule 7(m), Assistant United States Attorney Robin M. Meriweather contacted Plaintiff to request his position on this motion.  However the undersigned had not received a

---

[1] If the motion was electronically filed with the ECF system, the service date would be November 5, 2007, which is the day of filing, making any opposition due November 19, 2007.  However the undersigned has been unable to ascertain whether the motion was electronically filed.

response as of the time of this filing, and therefore cannot state Plaintiff's position.

There is good cause to grant this motion. Although the certificate of service states that Plaintiff served the motion on November 1, 2007, service copies have just begun to arrive at the United States Attorney's Office for the District of Columbia. One copy arrived the evening of November 14, 2007, and a second copy arrived the afternoon of November 15, 2007. Although the United States and the USAO/DVA Putative Defendants wish to respond to the default judgment motion in a timely manner, their counsel needs additional time to prepare their response. The undersigned could not prepare that response by November 15, 2007 because of her obligations in other matters and her demanding work schedule. Specifically, Assistant United States Attorney Meriweather had a motion to dismiss due in a preliminary injunction matter November 14, 2007, and has depositions November 15, 16, and 20, 2007, motions to dismiss due November 16, and 19, 2007, and an opposition to a preliminary injunction motion due November 19, 2007. The United States and USAO/DVA Putative Defendants therefore request four additional business days to prepare a response to the default judgment motion.

Granting this modest enlargement of the deadline for responding to Plaintiff's motion for default judgment should cause no prejudice. The United States and the USAO/DVA Putative Defendants emphasize that by requesting this enlargement of time, they do not concede that they are properly defendants in this case or that they are required to take any action in it. However, as the Court may wish to hear the position of the United States and the USAO/DVA Putative Defendants on the default judgment motion, they respectfully request that they be given sufficient time to prepare a response.

WHEREFORE the United States and the USAO/ DVA Putative Defendants respectfully request that their motion for enlargement of time be GRANTED.  A proposed order is submitted herewith.

Dated: November 15, 2007                    Respectfully Submitted,

       /s/   by RMM
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

       /s/    by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

       /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. BAR # 490114
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E4911
Washington, D.C.  20530
Ph:  (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
**OSCAR L. THOMAS,**                  )
                                      )
     **Plaintiff,**        )
                                      )
    v.                        )   Case No.  1:07-cv-00598-RJL
                                      )
**R. JAMES NICHOLSON, et al.,**       )
                                      )
     **Defendants**        )
_____)

**ORDER**

Upon consideration of the Motion for Extension of Time to File Opposition to Motion for Default Judgment filed by the United States of America, Jeffrey A. Taylor, Roscoe C. Howard, Jr., Mark E. Nagle, Kenneth L. Wainstein, Rudolph Contreras, Peter D. Blumberg, Pamela D. Huff, R. James Nicholson, and Paul G. Thomson, it is this _____ day of _____, 2007,

ORDERED that the Motion for Extension of Time to File Opposition to Motion for Default Judgment be and hereby is GRANTED;

it is FURTHER ORDERED that any response to the default judgment motion filed on behalf of the United States of America, Jeffrey A. Taylor, Roscoe C. Howard, Jr., Mark E. Nagle, Kenneth L. Wainstein, Rudolph Contreras, Peter D. Blumberg, Pamela D. Huff, R. James Nicholson, and/or Paul G. Thomson, shall be due on or before November 21, 2007.

SO ORDERED.

_____
United States District Judge