UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| OSCAR L. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.07-598 (RJL) |
| R. JAMES NICHOLSON, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on plaintiff's "Motion to File First Amended Complaint to Add Additional Defendants" The motion will be denied without prejudice.

Generally, a plaintiff may amend his complaint once as a matter of course where, as here, no responsive pleading has yet been served. *See* Fed. R. Civ. P. 15(a). However, the amended pleading must comply with the Federal Rules of Civil Procedure and the local rules of this Court. Incorporating the original complaint by reference is insufficient. A plaintiff must attach an original of the proposed amended pleading to his motion. LCvR 7(*i*); LCvR 15.1. The caption of the proposed amended pleading must include the names and addresses of all the parties, LCvR 5.1(e), and the plaintiff "must state [his] claims [] in numbered paragraphs, each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b). Plaintiff may include any additional defendants, claims, counts, or demands for relief in an amended complaint.

Accordingly, it is hereby

**ORDERED** that plaintiff's "Motion to File First Amended Complaint to Add Additional Defendants" [Dkt. #11] is **DENIED WITHOUT PREJUDICE** to the filing of an amended pleading which conforms to the applicable Federal Rules of Civil Procedure and the local rules of this Court.

**SO ORDERED.**

                                                                 _____
                                                                 RICHARD J. LEON
                                                                 United States District Judge

Date: 4/16/08