UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 18 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OSCAR L. THOMAS           )
                          )
        Plaintiff,        )
                          )
    v.                    )
                          )   Civil Case No. 07-598 (RJL)
JAMES NICHOLSON et al.,   )
                          )
        Defendants.       )
                          )
                          )
                          )

**ORDER**

(April 16, 2008)

Plaintiff filed this civil action on March 28, 2007. However, it appears from the record that the Clerk for the United States District Court for the District of Columbia did not issue a summons for each defendant. Therefore, it is hereby

**ORDERED** that the Office of the Clerk prepare and issue a summons for each defendant;

**ORDERED** that the Office of the Clerk provide the summonses to the plaintiff for the plaintiff to serve on each defendant;[1]

---

[1] Plaintiff has provided evidence that he has sent the complaint to many of the defendants in this case by certified mail. *See* Affidavit of Proof of Service with Explanation. For any defendant who has already received a copy of the complaint, the complaint need not accompany the summons. However, this Order does not rule on whether service of the complaint by certified mail was proper under Fed. R. Civ. Pro. 4.

**ORDERED** that plaintiff has 120 days from the date of this order to serve the summons upon each defendant. If plaintiff does not effect service by that date, the Court will dismiss the case pursuant to Fed. R. Civ. Pro. 4(m).

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge